**U.S. Postal Service** ™
**CERTIFIED MAIL**™ **RECEIPT**
(Domestic Mail Only; No Insurance Coverage Provided)

For delivery information visit our website at www.usps.com®

CHICAGO, IL 60611

**OFFICIAL USE**

| | | |
|---|---|---|
| Postage | $ | $0.44 | 0505 |
| Certified Fee | | $2.80 | 18 |
| Return Receipt Fee (Endorsement Required) | | $2.30 | Postmark Here |
| Restricted Delivery Fee (Endorsement Required) | | $0.00 | |
| Total Postage & Fees | $ | $5.54 | 10/18/2010 |

Sent To *The Vue North Carolina, LLC c/o MCL Companies*
Street, Apt. No.; or PO Box No. *455 E. Illinois St, Suite 565*
City, State, ZIP+4 *Chicago, IL 60611*

PS Form 3800, August 2006          See Reverse for Instructions

7010 0780 0001 1391 2233

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

*The Vue North Carolina, LLC*
*c/o MCL Companies*
*455 E. Illinois, Suite 565*
*Chicago, IL 60611*

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X *Mary Stella*     ☐ Agent   ☐ Addressee

B. Received by ( Printed Name)     C. Date of Delivery
*10/21/11*

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☒ Certified Mail   ☐ Express Mail
   ☐ Registered       ☐ Return Receipt for Merchandise
   ☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)     ☐ Yes

2. Article Number
   (Transfer from service label)     7010 0780 0001 1391 2233

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540

**EXHIBIT 3**